■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAIR GARNER, Appellant. [892 NYS2d 908]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 28, 2006 (*People v Garner*, 27 AD3d 764 [2006]), affirming a judgment of the County Court, Suffolk County, imposed November 21, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Dillon and Chambers, JJ., concur.